IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
(PITTSBURGH DIVISION)

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Miscellaneous No. 11-338 |
| ) | |
| THE PALESTINE LIBERATION ) | |
| ORGANIZATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Having considered Defendants' Motion to Compel, and any Opposition and Reply thereto, and good cause appearing,

IT IS HEREBY ORDERED that Defendants' Motion is GRANTED and it is

FURTHER ORDERED that non-party Mosab Hassan Yousef must produce, within five business days of the date of this order, the documents requested in the subpoena duces tecum served on him on November 4, 2011 by Defendants the Palestine Liberation Organization and the Palestinian Authority.

Dated: 11/29/11

[signature]

1208032.1